| | AUSA: | Craig Wininger | Telephone: (313) 226-9569 |
|---|---|---|---|
| | Special Agent: | Danielle A. Santia, FBI | Telephone: (313) 600-8014 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kennedy Smith

Case: 2:17-mj-30612
Judge: Unassigned,
Filed: 11-14-2017 At 02:35 PM
USA V SMITH (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 14, 2017__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1). | Conspiracy to posses with intent to distribute controlled substances |

This criminal complaint is based on these facts:
see attached affifavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Danielle A. Santia, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: Detroit, MI

Hon. R. Steven Whalen, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Danielle A. Santia, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed with the FBI for approximately 13 years and am currently a Special Agent. I have been a Special Agent for approximately six years and have worked on multiple types of investigations to include bank robberies, crimes against children, sex trafficking, international parental kidnapping, violent crime, and drug trafficking. During the course of these investigations, my duties have included writing search warrants, complaints and arrest warrants, participating in the execution of search warrants, the collection of evidence, interviewing subjects and witnesses of these cases, and testifying at various court proceedings in Federal Court and Michigan State Court.

2. I am involved in an investigation of Kennedy Smith and others. This affidavit is submitted in support of a criminal complaint charging Smith with possessing cocaine and heroin with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1). The

information contained in this affidavit does not describe the entirety of this investigation, but sets forth only those facts relevant and necessary to determining probable cause.

3. The following is based upon my personal investigation, as well as the receipt of information from other federal, state, and local law enforcement personnel.

4. During the early morning of November 14, 2017, a federal search warrant was executed at Smith's residence, 6380 East 14 Mile, Apartment D1, Warren, Michigan 48092, and car. Smith was at the apartment with a female at the time of the search warrant's execution.

5. Officers seized more than an ounce of suspected powder cocaine from Smith's kitchen cabinet. Additionally, officers seized dozens of user quantities of heroin, packaged in lottery slips, from the center console of Smith's car as well as a larger quantity of crack cocaine. Based on my experience and training, I know that heroin is commonly packaged for resale in lottery slips and that an ounce of cocaine is an amount consistent with further distribution.

6. Additionally, under Smith's bed, officers seized a semi-automatic handgun.

7. I have reviewed Smith's criminal history report which revealed multiple felony convictions including convictions for delivery of controlled substances in the state of Michigan.

8. Based on the above facts, I have probable cause to believe that on November 14, 2017, Kennedy Smith possessed cocaine and heroin with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1).

_____
DANIELLE A. SANTIA
Special Agent, FBI

_____
Hon. R. Steven Whalen
United States Magistrate Judge

Dated:_____